FILED ___ RECEIVED
___ ENTERED ___ SERVED ON
COUNSEL/PARTIES OF RECORD

DEC 08 2021

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:___ DEPUTY

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>BRANDON DE JESUS AMESCUA-CHACON,<br>  aka, "Brandon Chacon,"<br>  aka, "Brandon De Jesus Amescua,"<br><br>    Defendant. | Case No. 2:21-mj-00998-VCF-EJY<br><br>**Order Directing Probation to<br>Prepare a Criminal History Report** |

Based on the stipulation of counsel, good cause appearing, and the best interest of justice being served:

IT IS HEREBY ORDERED that the U.S. Probation Office is directed to prepare a report detailing the defendant's criminal history.

DATED this 8th day of December, 2021.

_____
HONORABLE CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE

3